■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL MATIAS, Appellant. [933 NYS2d 630]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Steven Lloyd Barrett, J.), rendered on or about November 4, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.